IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:20-cr-16-KS-MTP

MITCHELL "CHAD" BARRETT
DAVID "JASON" RUTLAND
THOMAS "TOMMY" WILBURN SHOEMAKER

ORDER OF CONTINUANCE

This cause having come before the Court on the motions of the defendants to continue this matter [36], [37] and [39], and the Government having no objection. The Court having considered said motions, finds that for the following reasons said motions are well taken and are hereby granted, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. § 3161.

Also having duly considered the factors articulated in Title 18, Section 3161(h)(7)(B)(ii) to determine the appropriateness of a continuance, the Court finds that the discovery is voluminous and therefore, all defense counsel need additional time to evaluate the case, investigate the charges, and each meet with his/her client to review the discovery, and adequately advise his/her client and prepare for trial. Pursuant to Title 18, Section 3161(h)(7)(A) of the United States Code, the ends of justice outweigh the best interests of the public and the defendant in a speedy trial in this cause and are best served by granting the requested continuance.

The Court finds that the defendants have specifically waived any speedy trial objections heretofore arising or which may arise as a result of this requested continuance under the Speedy

Trial Act or the Constitution in the case at bar finds that these motions should be granted for the reasons described above.

IT IS THEREFORE ORDERED that this matter be continued until the Court's next trial term beginning on **October 13, 2020**, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161. The Magistrate Judge will enter an Amended Trial Order herein.

SO ORDERED this the __24th____ day of  July, 2020.


____s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE