IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL CASE NO. 2:20-cr-16-KS-MTP

MITCHELL "CHAD" BARRETT

## ORDER FOR INTERLOCUTORY SALE OF PROPERTY

Before this Court is the Joint Motion for Interlocutory Sale of Property [ECF No. 57] and the attached Joint Agreement for the Interlocutory Sale of Property [ECF No. 57-1] by United States of America and Defendant Mitchell "Chad" Barrett, seeking authorization to complete the interlocutory sale of asset "C4," located in Hinds County, Mississippi, which is commonly known as:

| C4[1] | Lot 16 (Parcel 2980-208-516), Dunleith Way, Clinton, Mississippi, Hinds County, formerly titled to Brew Barr LLC, now titled to 132 Dunleith Way, LLC, pursuant to a Warranty Deed dated May 1, 2018 (16-DCI-000128) |
|---|---|

in order to preserve and protect presently existing equity in Subject Property C4. Having read and considered the Joint Motion and attached Agreement, the Court finds that it is well taken and should be GRANTED.

---

[1] The property known as C4, as listed in the indictment, also included "Lot 18 (Parcel 2980-208-518)." Lot 18 was previously sold through a separate interlocutory sale.

IT IS HEREBY ORDERED that the parties conduct the referenced sale according to the procedures specified in the Agreement.

SO ORDERED, this __5th__ day of January, 2021.

____s/Keith Starrett_____
KEITH STARRETT
UNITED STATES DISTRICT JUDGE