IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:20-cr-00016-KS-MTP-1

MITCHELL "CHAD" BARRETT

MOTION TO DISMISS COUNTS 1-12 AND 17-21 OF THE ORIGINAL INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Southern District of Mississippi, by and through his undersigned Assistant, hereby moves for Leave of Court to dismiss without prejudice Counts 1-12 and 17-21 of the Indictment in Criminal No. 2:20cr16KS-MTP against the Defendant, MITCHELL "CHAD" BARRETT, the Defendant having pleaded guilty and having been sentenced to the Bill of Information in Criminal No. 2:21cr25KS-MTP.

Dated: April 28, 2022      Respectfully submitted,

DARREN J. LAMARCA
United States Attorney

By:   s/ *Kathlyn Van Buskirk*
KATHLYN VAN BUSKIRK
Assistant United States Attorney
MS Bar No. 103657
1575 20th Avenue
Gulfport, MS  39501
Phone: (228) 563-1560
Kathlyn.Van.Buskirk@usdoj.gov

**Certificate of Service**

I hereby certify that on April 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all interested parties.

s/ *Kathlyn Van Buskirk*
KATHLYN VAN BUSKIRK